| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 3:04CR62-003/RV |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 2:07-0003/ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Danny Edward Beverly  Southern District of West Virginia | DISTRICT Florida Northern | DIVISION Pensacola, FL |
|---|---|---|
| | NAME OF SENTENCING JUDGE Roger Vinson, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/11/2006 — TO 11/10/2009 |

OFFENSE

Count I: Conspiracy to Distribute and Possess With Intent to Distribute 100 Kilograms or More of a Mixture Containing a Detectable Amount of Marijuana, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii) and 846.

**ENTERED**
FEB - 6 2007
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of West Virginia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

1/22/07
*Date*

*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/6/07.
*Effective Date*

David A. Faber
*United States District Judge*

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.
07 FEB 27 PM 3: 53

FILED